UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER LUMPKIN,<br><br>    Plaintiff,<br><br>    v.<br><br>R. A. AGREDANO,<br><br>    Defendant. | No. 2:18-cv-3270 JAM KJN P<br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file his response to the August 30, 2019, findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 12) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file his objections to the findings and recommendations.

Dated: September 25, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

lump3270.36