UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER LUMPKIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R.A. AGREDANO, et al.,<br><br>　　　　Defendants. | No. 2: 18-cv-3270 JAM KJN P<br><br><br>ORDER |

By order filed March 27, 2019, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 form, summons and copies of the complaint necessary for service of defendant Agredano. (ECF No. 8.) Thirty days passed and plaintiff did not respond to the March 27, 2019 order. Accordingly, on August 30, 2019, the undersigned recommended that this action be dismissed. (ECF No. 11.)

On October 28, 2019, plaintiff returned the forms necessary for service of defendant Agredano. (ECF No. 14.) Good cause appearing, the August 30, 2019 findings and recommendations are vacated.

Since the court issued the March 27, 2019 order, the court has implemented the Court's E-Service pilot program. Accordingly, by separate order, the court will order service of defendant Agredano pursuant to the E-Service pilot program.

////

Accordingly, IT IS HEREBY ORDERED that the August 30, 2019 findings and recommendations (ECF No. 11) are vacated.

Dated: October 31, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Lump3270.vac